BEFORE THE THIRD DIVISION, APRIL 2, 1942

**No. 47027.**—Protest 59180–K of M. E. Dey & Co. (Milwaukee).

Opinion by CLINE, J. In accordance with stipulation of counsel that the paintings are similar to those the subject of *Whitman Publishing Co.* v. *United States* (6 Cust. Ct. 465, C. D. 517) the claim at 15 percent under paragraph 1547 (a) and T. D. 49753 was sustained.